**Miguel Angel BAUTISTA–LUCAS, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of United States, Respondent.**

No. 14–2739.

United States Court of Appeals, Eighth Circuit.

Submitted: March 30, 2015.

Filed: April 6, 2015.

braska.

Miguel Angel Bautista–Lucas, Lexington, NE, pro se.

Jesse Lloyd Busen, Karen Yolanda Drummond, Carl H. McIntyre, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Guatemalan citizen Miguel Angel Bautista–Lucas petitions for review of an order of the Board of Immigration Appeals, which upheld an immigration judge's decision to deny Bautista's motion to reopen removal proceedings and rescind an in absentia removal order. After careful review, we conclude the denial of the motion to reopen was not an abuse of discretion. *See Kanyi v. Gonzales,* 406 F.3d 1087, 1089–90 (8th Cir.2005) (standard of review). Accordingly, we deny the petition. *See* 8th Cir. R. 47B.